IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | BK22-40024 |
| | ) | |
| JASON BRADLEY KRUEGER and | ) | CHAPTER 13 |
| MICHELLE RENAE KRUEGER, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO EXTEND TIME IN WHICH TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

COME NOW the Debtors and hereby request an extension of time in which to file the schedules, Statement of Financial Affairs and Chapter 13 Plan stating and showing to the Court as follows:

1. That Debtors were forced to file an emergency bankruptcy in stop the trustee sale of their home.

2. That Debtors are both ill with the Omicron Variant and are still in the process of compiling the information and documents needed to complete the schedules and Statement of Financial Affairs and prepare a Chapter 13 Plan. In addition, due to the death of a family member, Debtors' counsel will be out of the office for a period of time, and more time is needed to complete the documents and meet with the Debtors to finalize and file the same.

3. That Debtors request an additional twenty-one (21) days to complete and finalize the documents which, if said extension is granted, will be filed prior to the first meeting of creditors currently scheduled for February 29, 2022.

WHEREFORE, the Debtors pray that the Court enter an ORDER in accordance with the request for extension of time for twenty-one (21) days to file the schedules and Statement of Financial Affairs and Chapter 13 Plan, and for such other and further relief as deemed appropriate by the Court.

JASON BRADLEY KRUEGER and
MICHELLE RENAE KRUEGER, Debtors

WOLFE SNOWDEN HURD AHL
SITZMANN TANNEHILL & HAHN, LLP
Attorneys at Law
Wells Fargo Center
1248 "O" St., Ste. 800
Lincoln, NE 68508-1424
(402) 474-1507
jhahn@wolfesnowden.com

By    /s/ John C. Hahn, #15068

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon the following by electronic transmission on this 25th day of January, 2022:

US Trustee
Chapter 13 Trustee

By: /s/ John C. Hahn, #15068
Attorney of Record