IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK22-40024 |
| | ) | CHAPTER 13 |
| JASON BRADLEY KRUEGER and | ) | |
| MICHELLE RENAE KRUEGER, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO DISMISS AND 9013 NOTICE

COME NOW the Debtors, by and through their attorney of record, and hereby move the Court for a dismissal of their Chapter 13 pursuant to U.S.C. § 1307(b) stating and showing to the Court that the case has not been converted under §§ 706, 1112 or 1208 of the Bankruptcy Code and further, the Debtors have proceeded in good faith.

WHEREFORE, the Debtors pray that the Court enter an ORDER dismissing the Chapter 13 proceeding for the reasons set forth herein, and for such other and further relief as deemed appropriate by the Court.

JASON BRADLEY KRUEGER and
MICHELLE RENAE KRUEGER, Debtors

WOLFE SNOWDEN HURD AHL
SITZMANN TANNEHILL & HAHN, LLP
Wells Fargo Center
1248 O Street, Suite 800
Lincoln, NE 68508-1424
(402) 474-1507

By: /s/ John C. Hahn, 15068
jhahn@wolfesnowden.com

## 9013 NOTICE

TO ALL PARTIES IN INTEREST AND TRUSTEE:

Please take notice that the Debtors above named have filed their MOTION TO DISMISS on February 14, 2022 with the United States Bankruptcy Court for the District of Nebraska, Lincoln, Nebraska.

Pursuant to Neb. R. Bankr. P. 9013-1, notice is given to all creditors and parties in interest that any resistance or objection to the Debtors' MOTION TO DISMISS shall be filed on or before March 7, 2022.

If no resistance or objection is filed on or before March 7, 2022 the Court shall enter an ORDER APPROVING MOTION TO DISMISS in accordance with Neb. R. Bankr. P. 3020. The Court shall consider such submission of the ORDER APPROVING MOTION TO DISMISS as meaning that no further hearing be scheduled and will consider entry of the ORDER without further notice.

All resistance to any motion shall set forth the specific factual and legal basis and conclude with a particular request for relief.

DATED this 14th day of February, 2022.

> JASON BRADLEY KRUEGER and
> MICHELLE RENAE KRUEGER, Debtors
>
> WOLFE SNOWDEN HURD AHL
> SITZMANN TANNEHILL & HAHN, LLP
> Wells Fargo Center
> 1248 O Street, Suite 800
> Lincoln, NE 68508-1424
> (402) 474-1507

By: /s/ John C. Hahn, 15068
jhahn@wolfesnowden.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties listed in the attached Court's Matrix by electronic transmission and by United States regular mail, postage prepaid, on this 14th day of February, 2022.

> /s/ John C. Hahn, #15068
> Attorney of Record

```
Label Matrix for local noticing          Ally Financial Lease Trust - Assignor to Veh   Jason Bradley Krueger
0867-4                                   4515 N Santa Fe Ave. Dept. APS                 5051 N. 20th St.
Case 22-40024-BSK                        Oklahoma City, OK 73118-7901                   Lincoln, NE 68521-1102
District of Nebraska
Lincoln Office
Fri Feb 11 13:06:08 CST 2022

Michelle Renae Krueger                   PRA Receivables Management, LLC                AR SOLUTIONS INC
5051 N. 20th St.                         PO Box 41031                                   7111 A ST STE 200
Lincoln, NE 68521-1102                   Norfolk, VA 23541-1031                         LINCOLN
                                                                                        LINCOLN, NE 68510-4283


AR Solutions                             Action Financial Services, LLC                 Ally
7121 A St. , Ste. 102                    Dept. 618                                      PO Box 380903
Lincoln, NE 68510-4289                   PO Box 94524-4115                              Minneapolis, MN 55438-0903



American Eagle Outfitters Corporate Office   Associated Anesthesiologists               Bluestem Health
77 Hot Metal St.                         2900 S. 70th St., Ste. 450                     PO Box 83947
Pittsburgh, PA 15203-2382                Lincoln, NE 68506-6825                         Lincoln, NE 68501-3947



Bluestem Thompson Clinic                 Bryan Health                                   CB Buckle
PO Box 83947                             PO Box 6759                                    PO Box 182789
Lincoln, NE 68501-3947                   Lincoln, NE 68506-0759                         Columbus, OH 43218-2789



Capital One                              Capital One Bank (USA), N.A.                   Chrysler Capital
PO Box 31293                             by American InfoSource as agent                PO Box 660335
Salt Lake City, UT 84131-0293            PO Box 71083                                   Dallas, TX 75266-0335
                                         Charlotte, NC 28272-1083


Clear Recovery, Inc.                     Credit Management                              Dept. of Veterans Affairs, Debt Mgmt
4005 S. 148th St.                        105 N. Wheeler Ave.                            Bishop Henry Whipple Federal Bldg.
Omaha, NE 68137-5561                     PO Box 68802-1512                              PO Box 11930
                                                                                        Saint Paul, MN 55111-0930


Discover Bank                            Discover Bank                                  (p)DISCOVER FINANCIAL SERVICES LLC
Discover Products Inc                    c/o David C. Hepperlen                         PO BOX 3025
PO Box 3025                              10110 Nicholas St., Ste. 203                   NEW ALBANY OH 43054-3025
New Albany, OH  43054-3025               Omaha, NE 68114-2185



FH Cann  Associates, Inc.                Gastroenterology Specialties, PC               Gregory Funding
1600 Osgood St., Ste. 20-1/120           4545 R St., Ste. 100                           PO Box 230579
North Andover, MA 01845-1048             Lincoln, NE 68503-3799                         Tigard, OR 97281-0579



Health 360                               Inpatient Physician Associates, LLC            JC Penney
PO Box 83947                             PO Box 6971                                    PO Box 965007
Lincoln, NE 68501-3947                   Lincoln, NE 68506-0971                         Orlando, FL 32896-5007
```

| | | |
|---|---|---|
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kansas Counselors, Inc.<br>PO Box 14765<br>Lenexa, KS 66285-4765 |
| Kenneth Ream<br>PO Box 95109<br>Lincoln, NE 68509-5109 | Lancaster County Attorney<br>575 South 10th Street<br>Lincoln, NE 68508-2810 | (p)LANCASTER COUNTY TREASURER'S OFFICE<br>555 SOUTH 10TH ST STE 102<br>LINCOLN NE 68508-2860 |
| Lendingclub Bank<br>595 Market St., Ste. 200<br>San Francisco, CA 94105-2802 | Lincoln Radiology<br>PO Box 7239<br>Loveland, CO 80537-0239 | McCarthy, Burgess  Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 |
| Merchants Credit Advisors, Inc.<br>Twenty Five D Bldg.<br>4005 S. 148th St.<br>Omaha, NE 68137-5561 | Midland Credit Management<br>350 Camino De La Reina, Ste. 100<br>San Diego, CA 92108-3007 | Midland Credit Management<br>c/o Brian A. Chou, Attorney at Law<br>3033 Campus Dr., Ste. 250<br>Minneapolis, MN 55441-2662 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nebraska Emergency Medicine, PC<br>PO Box 310457<br>Des Moines, IA 50331-0457 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pathology Medical Services<br>PO Box 82653<br>Lincoln, NE 68501-2653 | Payment Processing Center<br>PO B ox 9001951<br>Louisville, KY 40290-1951 | Phoenix Financial Servicess<br>PO Box 361450<br>Indianapolis, IN 46236-1450 |
| Pinnacle Bank<br>1200 Golden Gate Dr.<br>Papillion, NE 68046-2838 | Professional Choice Recovery<br>c/o James A. Cada, Attorney at Law<br>1024 K St.<br>Lincoln, NE 68508-2851 | Radius Global Solutions, Inc.<br>7831 Glenroy Rd., Ste. 250-A<br>Minneapolis, MN 55439-3132 |
| Receivables Performance Management, LLC<br>PO Box 1548<br>Lynnwood, WA 98046-1548 | Sam's Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Shanna L. Cole<br>Attorney at Law<br>PO Box 23146<br>Lincoln, NE 68542-3146 |
| Southlaw<br>13160 Foster, Ste. 100<br>Overland Park, KS 66213-2848 | TDYS RVS<br>PO Box 965005<br>Orlando, FL 32896-5005 | US Dept. of Education<br>400 Maryland Ave. S.W.<br>Washington, DC 20202-0008 |
| Verizon Wireless<br>Jefferson Capital Systems<br>16 McLeland Rd.<br>Saint Cloud, MN 56303-2198 | John C. Hahn +<br>Wolfe Snowden Hurd Ahl Sitzmann Tannehil<br>1248 O Street, Suite 800<br>Lincoln, NE 68508-1424 | Jerry Jensen +<br>Assistant UST<br>U.S. Trustee's Office<br>111 South 18th Plz, Suite 1148<br>Omaha, NE 68102-1321 |

Erin McCartney +
Chapter 13 Trustee
13930 Gold Circle
Ste 201
Omaha, NE 68144-2304